No. 93–1870. AIDANT, INC., ET AL. *v.* SIREX, U. S. A., INC., ET AL.; AIDANT, L. P., ET AL. *v.* HUMMEL ET AL.; and IZADPANAH ET AL. *v.* HUMMEL ET AL. Sup. Ct. Va. Motion of petitioners to strike respondents' brief in opposition denied. Certiorari denied.

No. 93–1878. ROE *v.* LOUISIANA SUPREME COURT ET AL. C. A. 5th Cir. Motion of petitioner to direct that the response to the petition and the lodging be placed under seal denied. Motion of John Doe for leave to intervene and other relief denied. Certiorari denied.